```
                                                        USDC SDNY
                                                        DOCUMENT
UNITED STATES DISTRICT COURT                            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                           DOC#: _____
                                                        DATE FILED: 12-1-22
```

----------------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

 -against-           21 CR 673 (ALC)

MARKEEN JORDAN,        **ORDER**

        Defendant.

----------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

  A Change of Plea hearing is scheduled for **December 13, 2022** at **1:00 p.m.**

SO ORDERED.

Dated:  New York, New York
     December 1, 2022

              _/s/ Andrew L. Carter, Jr._
              **ANDREW L. CARTER, JR.**
              **United States District Judge**