USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-13-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-         21 CR 673 (ALC)

MARKEEN JORDAN,       ORDER

       Defendant.

-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

Today's Change of Plea Hearing is adjourned to **December 20, 2022** at **3:00 p.m.**

SO ORDERED.

Dated: New York, New York
    December 13, 2022

            _____
            ANDREW L. CARTER, JR.
            United States District Judge