USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-20-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

MARKEEN JORDAN,

                Defendant.

------------------------------------------------------------------ x

21 CR 673 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Today's Change of Plea Hearing is adjourned to **January 10, 2023** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            December 20, 2022

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge