USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-5-23_

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

              -against-

Markeen Jordan,

                                                                                          X

**ORDER**

21-CR-673 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

      Due to a conflict on the Court's calendar, the Change of Plea Hearing scheduled for January 10, 2023 is adjourned to **3:00 p.m**.

      SO ORDERED.

Dated: New York, New York
          January 5, 2023

                                                      _/s/ Andrew L. Carter_
                                                   **ANDREW L. CARTER, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**