USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-2-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                **ORDER**

                                21-CR-673 (ALC)

-against-

Markeen Jordan,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for April 13, 2023 is adjourned to **3:30 p.m.**

    SO ORDERED.

Dated: New York, New York
         March 2, 2023

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **UNITED STATES DISTRICT JUDGE**