MEMO ENDORSED

### PELUSO & TOUGER, LLP
**70 LAFAYETTE STREET**
**NEW YORK, NEW YORK 10013**
PelusoandTouger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4-4-23_

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
April 3, 2023
Honorable Andrew L. Carter
United States District Court Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     United States v. Markeen Jordan,
        21 CR 673 (ALC)

Your Honor,

I am writing on behalf of the defendant, Markeen Jordan whose sentencing is currently scheduled for April 13, 2023.  I apologize for the lateness of this letter but due to office error this letter was never filed on ECF.  The reason for the letter is I most respectfully request, with the consent of the Government, that Mr. Jordan's sentencing be adjourned for a short period.  The main reason for this request is that his sentencing is currently scheduled for the same date as the 8th day of Passover which is a holy day on which I do not work.  There are other case related reasons also.

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

*The application is granted. The sentencing is adjourned to 5-9-23 at 3:30 p.m.*

*So Ordered.*

*Andrew L. Carter*

*4-4-23*