MEMO ENDORSED

## PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
May 16, 2023
Honorable Andrew L. Carter
United States District Court Judge
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-17-23

Re:  United States v. Markeen Jordan, 21 CR 673 (ALC)

Your Honor,

I am writing on behalf of the defendant, Markeen Jordan who was recently sentenced by your Honor. I am writing to respectfully request that the Court recommend to the Bureau of Prisons (BOP) to allow Mr. Jordan a special visit with his mother. The Government and I have both been informed by the BOP that they will then consider whether to allow Mr. Jordan the requested visit once they receive the Court's recommendation. As the Court is aware, Mr. Jordan due to the charges herein has had all his visits and telephone privileges stripped from him. Thus, he has not been able to see or even speak to any members of his family for quite some time and his privileges are not set to resume any time soon. His mother was medically unable to attend his sentencing as scheduled. However, she is scheduled for surgery and would be able to go to a visit in the second week of June or thereafter. Both, Mr. Jordan and his mother are praying and begging the Court to recommend to the BOP that it allow this visit to occur so she can at least see her son and he can see his mother at least one time before Mr. Jordan is shipped out of the MDC across the nation to serve his time. Mr. Jordan while incarcerated has already lost his father and uncle (who helped raise him) and one of his best friends and he has not seen any members of his family for quite an extended amount of time. I know the Court owes Mr. Jordan no favors but this request is more for his mother's sake than Mr. Jordan's. I ask the Court to please give his mother this opportunity to see her son. If this visit is not granted his mother will not be able to see or speak to her son for at least 3 years and both parties do not want to think of what that might mean to the possibilities of it actually happening. A denial of this visit would cause her much heartache, thus Mr. Jordan begs the Court to recommend to the BOP to allow this visit to occur even just for a short time to a date in the second week of June or thereafter.

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

The application is ✓ granted. ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 5-17-23
NY, New York